IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BEVERLY JO JONES, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 11-0134-CG-M |
| FRANK ALBRIGHT, | : |
| Respondent. | : |

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be dismissed as time-barred.  It is further ORDERED that Petitioner is not entitled to a certificate of appealability and, therefore, not entitled to appeal *in forma pauperis*.

DONE this 20th day of October, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE