## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BEVERLY JO JONES,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION 11-0134-CG-M** |
| | : | |
| **FRANK ALBRIGHT,** | : | |
| | : | |
| **Respondent.** | : | |

## <u>JUDGMENT</u>

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Frank Albright and against Petitioner Beverly Jo Jones.

DONE this 20th day of October, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE