IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BEVERLY JO JONES,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 11-0134-CG-M |
| **FRANK ALBRIGHT,** | : |
| Respondent. | : |

## **JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Frank Albright and against Petitioner Beverly Jo Jones.

DONE this 20th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE